# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK and UNIVERSITY OF CONNECTICUT and WORCESTER POLYTECHNIC INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>XIAOMI CORPORATION, XIAOMI H.K. LTD., XIAOMI COMMUNICATIONS CO., LTD., XIAOMI INC., AND ZEPP HEALTH CORPORATION<br><br>Defendants. | Case No. 2:23-cv-00353-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

Before the Court is the Joint Motion to Extend Deadlines. Having considered the motion, the Court GRANTS the motion. It is THEREFORE ORDERED that the deadline for Plaintiffs to respond to the Zepp Defendant's Motions to Dismiss (Dkts. 22, 23, and 24) shall be July 1, 2024.

IT IS FURTHER ORDERED that the deadline for all Defendants to serve invalidity contentions and subject-matter eligibility contentions is extended until 10 weeks after the case management conference.