IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK and UNIVERSITY OF CONNECTICUT and WORCESTER POLYTECHNIC INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>XIAOMI CORPORATION, XIAOMI H.K. LTD., XIAOMI COMMUNICATIONS CO., LTD., XIAOMI INC., AND ZEPP HEALTH CORPORATION<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § | Case No. 2:23-cv-00353-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

WHEREAS, Plaintiffs The Research Foundation for The State University of New York, University of Connecticut, and Worcester Polytechnic Institute (collectively, "Plaintiffs" and/or "the Universities"), and Defendants Xiaomi Corporation, Xiaomi H.K. Ltd., Xiaomi Communications Co., Ltd., and Xiaomi Inc. (collectively, "Xiaomi") have resolved Plaintiffs' claims for relief against Xiaomi and Xiaomi's counterclaims for relief against Plaintiffs asserted in this case.

NOW, THEREFORE, Plaintiffs and Xiaomi, through their attorneys of record, request this Court to dismiss Plaintiffs' claims for relief against Xiaomi without prejudice and Xiaomi's claims, defenses or counterclaims for relief against Plaintiffs without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

1

Dated: May 12, 2025

Respectfully submitted,

/s/ Timothy Devlin by permission Claire Henry
Timothy Devlin – LEAD ATTORNEY
tdevlin@devlinlawfirm.com
Michael A. Siem
msiem@devlinlawfirm.com
Cedric Tan**
ctan@devlinlawfirm.com
Chiara M. Carni**
ccarni@devlinlawfirm.com
Joseph J. Gribbin**
jgribbin@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

**admitted pro hac vice

Of Counsel:

Claire Abernathy Henry
TX Bar No. 24053063
Andrea L. Fair
TX Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
claire@millerfairhenry.com
andrea@millerfairhenry.com

ATTORNEYS FOR PLAINTIFFS *THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, UNIVERSITY OF CONNECTICUT, AND WORCESTER POLYTECHNIC INSTITUTE*

/s/ Siddhesh Pandit with permission Claire Henry
Timothy J. Maie (pro hac vice to be submitted)

2

tjm@maierandmaier.com
Michael R. Casey (pro hac vice to be submitted)
mrc@maierandmaier.com
Siddhesh V. Pandit (admitted to practice in the EDTX)
svp@maierandmaier.com
**MAIER & MAIER PLLC**
345 South Patrick Street
Alexandria, Virginia 22314
Telephone: (703) 740-8322
Facsimile: (703) 991-7071

ATTORNEYS FOR DEFENDANTS XIAOMI CORPORATION, XIAOMI H.K. LTD., XIAOMI COMMUNICATIONS CO., LTD., AND XIAOMI INC.

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiffs has conferred with counsel for Xiaomi and the relief requested in this motion is joint.

*/s/ Claire Henry*
Claire Henry

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 12, 2025 the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel of record who have consented to electronic service.

*/s/ Claire Henry*
Claire Henry