# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK and UNIVERSITY OF CONNECTICUT and WORCESTER POLYTECHNIC INSTITUTE,<br><br>             Plaintiffs,<br><br>   v.<br><br>ZEPP HEALTH CORPORATION,<br><br>             Defendant. | CASE NO.: 2:23-cv-00353-RWS-RSP<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41(a)(2)**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs The Research Foundation for The State University of New York, University of Connecticut, and Worcester Polytechnic Institute ("Plaintiffs") and Defendant Zepp Health Corporation ("Zepp") jointly move this Court to dismiss with prejudice all claims and counterclaims asserted in this matter. Plaintiffs and Zepp further move that all attorneys' fees, costs, and expenses shall be borne by the incurring party.

| | |
|---|---|
| Dated: June 20, 2025 | Respectfully submitted, |
| | |
| */s/ Joseph Gribbin* | */s/ Jack Shaw* |
| Timothy Devlin – LEAD ATTORNEY | Jack Shaw (admitted in this District) |
| tdevlin@devlinlawfirm.com | CHERRY JOHNSON SIEGMUND JAMES PC |
| Michael A. Siem | 8140 Walnut hill Lane, Suite 105 |
| msiem@devlinlawfirm.com | Dallas, TX 75231 |
| Cedric Tan** | Telephone: (254) 732-2242 |
| ctan@devlinlawfirm.com | Facsimile: (866) 627-3509 |
| Joseph J. Gribbin** | jshaw@cjsjlaw.com |
| jgribbin@devlinlawfirm.com | |
| Chiara M. Carni** | *Attorney for Defendant* |
| ccarni@devlinlawfirm.com | *Zepp Health Corporation* |
| **DEVLIN LAW FIRM LLC** | |
| 1526 Gilpin Avenue | |
| Wilmington, DE 19806 | |
| Telephone: (302) 449-9010 | |
| Facsimile: (302) 353-4251 | |

**admitted pro hac vice*

OF COUNSEL:

Claire Abernathy Henry
TX Bar No. 24053063
Andrea L. Fair
TX Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
claire@millerfairhenry.com
andrea@millerfairhenry.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for parties have conferred to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(i) and that this motion is being filed jointly.

*/s/ Joseph Gribbin*
Joseph J. Gribbin

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

*/s/ Joseph Gribbin*
Joseph J. Gribbin