IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK and WORCESTER POLYTECHNIC INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>XIAOMI CORPORATION, XIAOMI H.K. LTD., XIAOMI COMMUNICATIONS CO., LTD., XIAOMI INC., and ZEPP HEALTH CORPORATION<br><br>*Defendants*. | CIVIL ACTION NO. 2:23-cv-00353-RWS-RSP |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiffs The Research Foundation for The State University of New York, University of Connecticut, and Worcester Polytechnic Institute and Defendant Zepp Health Corporation. **Dkt. No. 83**. In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 24th day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE